IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 3:21cr29-MCR

**BRIAN G. KOLFAGE**

_____/

## REQUEST FOR SUMMONS

Pursuant to Rule 9(a), Federal Rules of Criminal Procedure, the undersigned Assistant U.S. Attorney respectfully requests that a summons be issued in this case, to be served by the Internal Revenue Service or the Federal Bureau of Investigation or their designees, directing defendant **BRIAN G. KOLFAGE**, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to appear for initial appearance/arraignment and subsequent proceedings at __2:00__ a.m./ p.m., on __May 27th__, 2021, at the United States Courthouse, 1 North Palafox Street, Pensacola, Florida.

DATED this __4th__ day of __May__, 2021.

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

_/s/ David L. Goldberg_
DAVID L. GOLDBERG
Assistant United States Attorney
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502
Phone: (850) 444-4000

FILED USDC FLND TL
MAY 4 '21 PM4:54