UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No.: 3:21cr29/MCR

BRIAN G. KOLFAGE
_____/

# ORDER

This matter is before the court on Defendant's Unopposed Motion to Permit Telephonic Appearance or Video Teleconference at Arraignment on Superseding Indictment (ECF No. 29). In the motion, Defendant states that he has a number of physical disabilities and requests that he and his counsel, who resides in the state of Colorado, be allowed to appear by telephone or videoconference at the upcoming arraignment on the superseding indictment (ECF No. 19), scheduled for 11:00 a.m. on July 21, 2021 (*see* ECF No. 25). In a footnote, Defendant clarifies that he is not asking that he or his counsel be excused from appearing at the arraignment altogether and, instead, is asking only that they be permitted to appear remotely (*see* ECF No. 29 at 4 n.1). Defendant states, however, that he and his counsel are prepared to execute a Rule 10(b) waiver should the court prefer to proceed in such manner.

Defendant's Unopposed Motion to Permit Telephonic Appearance or Video Teleconference at Arraignment on Superseding Indictment (ECF No. 29) is **GRANTED, to the following extent**:

Defendant and his counsel will be excused from appearing at the arraignment upon submitting, no later than **4:00 p.m. (central) on Tuesday, July 20, 2021**, a written waiver in compliance with Fed. R. Crim. P. 10(b)—i.e., a waiver signed by both Defendant and his counsel that indicates Defendant waives his appearance at the arraignment, affirms Defendant received a copy of the superseding indictment, and indicates Defendant pleads not guilty to the charges set forth therein.[1]

**DONE AND ORDERED** this 16th day of July 2021.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

---

[1] Ordinarily, this court does not permit waivers of appearance under Rule 10(b), but the court finds it appropriate to authorize such in this instance based on a number of factors unique to this case and because Defendant previously appeared in person for an arraignment on the original indictment.

Case No. 3:21cr29/MCR