# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                   CASE NO. 3:21cr29/MCR

BRIAN G. KOLFAGE

_____/

## ORDER RESCHEDULING TRIAL FOR MARCH 7, 2022

This matter is before the Court on Defendant's Unopposed Motion For Ends of Justice Continuance of 120 Days, and to Vacate All Current Deadlines, Hearings and Trial Date. ECF No. 35. Counsel for Defendant seeks a continuance of 120 days in order to allow the trial of a case against Defendant and three co-defendants in the Southern District of New York to proceed as scheduled November 15, 2021, prior to proceeding to trial in the instant case. The Government does not oppose the requested continuance. On consideration of Defendant's motion for continuance, the Court finds that failure to grant the requested continuance would deny the defendant reasonable time to effectively prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that a reasonable delay of the trial from September 7, 2021, until

March 7, 2022, is appropriate, for the reasons set forth in the motion. Although beyond the 120-day continuance requested, the additional 60 days should allow for proceedings in the Southern District of New York to be concluded, including any sentencing, prior to trial in this district. The ends of justice that will be served by granting this continuance outweigh the interest of the public and the Defendant in a more speedy trial. Accordingly, Defendant's Unopposed Motion For Ends of Justice Continuance of 120 Days, and to Vacate All Current Deadlines, Hearings and Trial Date, ECF No. 35, is GRANTED. The clerk is directed to re-notice the trial for Monday, March 7, 2022. All deadlines imposed in the Court's Amended Order Setting Jury Trial and Other Pre-Trial Matters, ECF No. 34, are extended accordingly.

**SO ORDERED** this 9th day of August 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cr29/MCR